IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Accor Franchising North America, LLC, *et al.*, | : | |
| | : | Civil Action 2:12-mc-00027 |
| Plaintiffs | | |
| | : | Judge Frost |
| v. | | |
| | : | Magistrate Judge Abel |
| HI Hotel Group, LLC, *et al.*, | | |
| | : | |
| Defendants | | |

**ORDER**

On August 15, counsel reported that the document production has gone forward and the only issue remaining is the legibility of some copies produced. Consequently, the parties do not need to speak with me on August 16. In the unlikely event that they have not fully resolved the issues regarding legibility, they will schedule a telephone conference with me next week.

<u>s/Mark R. Abel</u>
United States Magistrate Judge