IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Accor Franchising North America, LLC, *et al.*, | : | |
| | : | Civil Action 2:12-mc-00027 |
| Plaintiffs | : | Judge Frost |
| v. | : | Magistrate Judge Abel |
| HI Hotel Group, LLC, *et al.*, | : | |
| Defendants | | |

**ORDER**

Counsel for Accor Franchising North America, LLC advised the Court that he has received the documents from Red Roof Franchising LLC and that the motion to compel is MOOT. The Clerk of Court is DIRECTED to close this case.

s/ Mark R. Abel
United States Magistrate Judge
