IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Accor Franchising North America, LLC, *et al.*,

    Plaintiffs

v.

HI Hotel Group, LLC, *et al.*,

    Defendants

Civil Action 2:12-mc-00027

Judge Frost

Magistrate Judge Abel

## ORDER

Counsel for Accor Franchising North America, LLC advised the Court that he has received the documents from Red Roof Franchising LLC and that the motion to compel is MOOT. The Clerk of Court is DIRECTED to close this case.

                                                s/ Mark R. Abel
                                                United States Magistrate Judge